UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| PICTON, TODD W. ) | BANKRUPTCY CASE: 10-12344 |
| PICTON, RUTH MT ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| Claim # | Creditor's Name | Address | Amount of Dividend Check |
|---|---|---|---|
| 2 | Professional Emergency Physicians | P.O. Box 12949. Fort Wayne, IN 46866-2949 | $2.02 |
| | | TOTAL: | $2.02 |

Respectfully submitted,

/s/ Dustin M. Roach, Chapter 7 Panel Trustee
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7TH day of June, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov, and Scott Federspiel, 4241 Flagstaff Cove, Fort Wayne, IN 46815, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach